EXHIBIT  1

Superior Court
**Complaint and Amended Complaint**



**FILED**

January 28, 2021
SX-2020-CV-00996
**TAMARA CHARLES**
**CLERK OF THE COURT**

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

BRIANNA HENRY,

                Plaintiff,

    v.

JEANINE CARBON THOMAS, Nurse-
Midwife and NAITA SALMON, Nurse
Practitioner,

                Defendants.

CIVIL NO. SX-2020-CV-00996

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## <u>FIRST AMENDED VERIFIED COMPLAINT</u>

**COMES NOW** Plaintiff, **BRIANNA HENRY**, by and through undersigned counsel,

and files her Verified Complaint against Defendants **JEANINE CARBON THOMAS, Nurse**

**Midwife and NAITA SALMON**, **Nurse Practitioner**, and allege the following:

1.    This Court has jurisdiction over this matter pursuant to 4 V.I.C. § 76.

2.    The Medial Malpractice Act is void, as a result of not having been implemented.

3.    Plaintiff, Brianna Henry, is a resident of St. Croix, U.S. Virgin Islands.

4.    Defendant, Jeanine Carbon Thomas, Nurse Midwife, is, upon information, a

Virgin Islands licensed Midwife

5.    Defendant, Naita Salmon, is, upon information, a Virgin Islands licensed nurse

practitioner.

6.    Plaintiff became pregnant and had her prenatal care, through Naita Salmon, at

the Christiansted Clinic.

**LEE J. ROHN AND**
**ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI
00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**EXHIBIT**

**1**

7.    Close to Plaintiff delivery date, she was transferred to the Frederiksted Clinic and Nurse Jeanine Carbon Thomas.

8.    Defendant, Nurse-Midwife Carbon Thomas, was Plaintiff's physician during the delivery on March 23, 2020.

9.    During delivery, Plaintiff suffered a perineal laceration.

10.   Defendant, Nurse-Midwife Carbon Thomas, failed to correctly repair the tear and left a portion open.

11.   Plaintiff complained to Nurse Practitioner Salmon that she was in constant pain and had burning pain on urination, and at other times in her perineal area.

12.   Defendant, Nurse Practitioner Salmon, failed to examine the same and instead simply provided antibiotics.

13.   Finally, after much pain and difficulties, while Nurse Practitioner Salmon still had not examined the area, Plaintiff was referred to Dr. Briscoe, a gynecologist.

14.   Dr. Briscoe finally examined the area and discovered the open wound that had never been correctly sutured in August of 2020.

15.   As a result of the delay in treatment, Plaintiff was scheduled for surgery on August 24, 2020, to repair the area.

16.   As a result of the negligence of Defendants, Plaintiff suffered physical injuries, medical expenses, mental anguish, economic damages, pain and suffering and loss of enjoyment of life, all of which will continue into the foreseeable future.

**WHEREFORE**, Plaintiff prays for damages as they may appear, pre and post judgment interest, costs and fees, and for such other relief as this Court deems fair and

HENRY, BRIANNA V. DR. JEANINE CARBON THOMAS, ET. AL., CIVIL NO. SX-2020-CV-00996
**FIRST AMENDED VERIFIED COMPLAINT**
Page 3

just.

LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED:  January 28, 2021          BY:   _/s/ Lee J. Rohn_
                                  Lee J. Rohn, Esq.
                                  VI Bar No. 52
                                  1108 King Street, Suite 3 (mailing)
                                  56 King Street, Third Floor (physical)
                                  Christiansted, St. Croix
                                  U.S. Virgin Islands 00820
                                  Telephone: (340) 778-8855
                                  Fax: (340) 773-2954

HENRY, BRIANNA V. DR. JEANINE CARBON THOMAS, ET. AL., CIVIL NO. SX-2020-CV-00996
**FIRST AMENDED VERIFIED COMPLAINT**
Page 4

## VERIFICATION

I, BRIANNA HENRY, being duly sworn, state I have read the allegations contained

in the foregoing **VERIFIED COMPLAINT** and know them to be true and correct to the best

of my knowledge and belief.

Date: 1/28/21

BRIANNA HENRY

SUBSCRIBED AND SWORN to before

me this 28 day of January , 2021.

NOTARY PUBLIC

YVONNE V. STANLEY
Notary Public - St. Croix, U.S. Virgin Islands
NP-199-19
My Commission Expires March 6, 2023



**FILED**
December 28, 2020
SX-2020-CV-00996
**TAMARA CHARLES**
**CLERK OF THE COURT**

**IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

BRIANNA HENRY,

      Plaintiff,

   v.

DR. JEANINE CARBON THOMAS, MD
and DR. NAITA SALMON, MD.

      Defendants.

CIVIL NO. _____

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

<u>**VERIFIED COMPLAINT**</u>

    **COMES NOW** Plaintiff, **BRIANNA HENRY**, by and through undersigned counsel, and files her Verified Complaint against Defendants **DR. JEANINE CARBON THOMAS, MD and DR. NAITA SALMON**, MD, and allege the following:

1. This Court has jurisdiction over this matter pursuant to 4 V.I.C. § 76.

2. The Medial Malpractice Act is void, as a result of not having been implemented.

3. Plaintiff, Brianna Henry, is a resident of St. Croix, U.S. Virgin Islands.

4. Defendant, Dr. Jeanine Carbon Thomas, MD, is, upon information, a Virgin Islands licensed physician.

5. Defendant, Dr. Naita Salmon, MD, is, upon information, a Virgin Islands licensed physician.

6. Plaintiff became pregnant and had her prenatal care, through Dr. Naita Salmon, at the Christiansted Clinic.

7. Close to Plaintiff delivery date, she was transferred to the Frederiksted Clinic and Dr. Jeanine Carbon Thomas.

**LEE J. ROHN AND
ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI
00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

HENRY, BRIANNA V. DR. JEANINE CARBON THOMAS, ET. AL., CIVIL NO._____
**VERIFIED COMPLAINT**
Page 2

8.    Defendant, Dr. Carbon Thomas, was Plaintiff's physician during the delivery on March 23, 2020.

9.    During delivery, Plaintiff suffered a perineal laceration.

10.    Defendant, Dr. Carbon Thomas, failed to correctly repair the tear and left a portion open.

11.    Plaintiff complained to Dr. Salmon that she was in constant pain and had burning pain on urination, and at other times in her perineal area.

12.    Defendant, Dr. Salmon, failed to examine the same and instead simply provided antibiotics.

13.    Finally, after much pain and difficulties, while Dr. Salmon still had not examined the area, Plaintiff was referred to Dr. Briscoe, a gynecologist.

14.    Dr. Briscoe finally examined the area and discovered the open wound that had never been correctly sutured in August of 2020.

15.    As a result of the delay in treatment, Plaintiff was scheduled for surgery on August 24, 2020, to repair the area.

16.    As a result of the negligence of Defendants, Plaintiff suffered physical injuries, medical expenses, mental anguish, economic damages, pain and suffering and loss of enjoyment of life, all of which will continue into the foreseeable future.

**WHEREFORE**, Plaintiff prays for damages as they may appear, pre and post judgment interest, costs and fees, and for such other relief as this Court deems fair and just.

HENRY, BRIANNA V. DR. JEANINE CARBON THOMAS, ET. AL., CIVIL NO._____
**VERIFIED COMPLAINT**
Page 3

LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  September 3, 2020               BY:    */s/ Lee J. Rohn*
                                                        Lee J. Rohn, Esq.
                                                        VI Bar No. 52
                                                        1108 King Street, Suite 3 (mailing)
                                                        56 King Street, Third Floor (physical)
                                                        Christiansted, St. Croix
                                                        U.S. Virgin Islands 00820
                                                        Telephone: (340) 778-8855
                                                        Fax: (340) 773-2954

HENRY, BRIANNA V. DR. JEANINE CARBON THOMAS, ET. AL., CIVIL NO._____
**VERIFIED COMPLAINT**
Page 4

## VERIFICATION

I, **BRIANNA HENRY**, being duly sworn, state I have read the allegations contained

in the foregoing **VERIFIED COMPLAINT** and know them to be true and correct to the best

of my knowledge and belief.

Date: _9/4/20_                                                     _Brianna Henry_
                                                                    BRIANNA HENRY

SUBSCRIBED AND SWORN to before

me this _4th_ day of _September_ , 2020.

_____
NOTARY PUBLIC

Mary Faith Carpenter
Notary Public, St. Croix, U.S. Virgin Islands
LNP-32-18
My Commission Expires June 13, 2022